LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail: lbjones@unioncounsel.net
        kzinnen@unioncounsel.net
        ecarder@unioncounsel.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, in their capacities as TRUSTEES OF THE NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH AND WELFARE TRUST FUND,

          Plaintiffs,

v.

ALBER SEAFOODS, INC. a California corporation,

          Defendant.

No.

**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT**

Plaintiffs complain of Defendant, and for cause of action allege:

## JURISDICTION AND INTRADISTRICT ASSIGNMENT

### I.

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the Labor Management Relations Act (LMRA) (29 U.S.C. § 185).  Pursuant to ERISA § 502(e)(2) (29 U.S.C. §§1132(e)(2)), venue

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES AND AUDIT
Case No.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1  properly lies in this district court because contributions are due and payable in the

2  County of San Francisco.

## PARTIES

### II.

5      At all times material herein, Plaintiffs, the Board of Trustees, were Trustees

6  of the Northern California UFCW Wholesale Health & Welfare Fund ("Trust

7  Fund"). The Trust Fund is an employee benefit plan created by a written Trust

8  Agreement subject to and pursuant to LMRA § 302 (29 U.S.C. § 186), and a

9  multiemployer employee benefit plan within the meaning of ERISA §§ 3, 4, and

10  502 (29 U.S.C. §§ 1002, 1003 and 1132).  The Board of Trustees administers the

11  Trust Fund and may bring this action in the name of the Trust Fund pursuant to the

12  express provisions of the Trust Agreement.

### III.

14      At all times material herein, Defendant Alber Seafoods, Inc., a California

15  corporation ("Defendant") has been an employer within the meaning of ERISA §§

16  3(5), 515 (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting

17  commerce within the meaning of LMRA § 301 (29 U.S.C. § 185).

### ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

### IV.

20      At all relevant times, Defendant was signatory and bound to a written

21  collective bargaining agreement with the United Food and Commercial Workers

22  Union, Local 101, which later merged into United Food and Commercial Workers

23  Union, Local 5 ("Union"), a labor organization within the meaning of LMRA § 301

24  (29 U.S.C. § 185).  Defendant became subject to all the terms and conditions of the

25  Collective Bargaining Agreement ("CBA") by virtue of signing the CBA with the

26  Union.

27

28

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES AND AUDIT
Case No.

## V.

The CBA by its terms incorporates the Trust Agreement establishing the Plaintiff Trust Fund.  By signing the CBA, Defendant promised that it would contribute and pay to Plaintiff the hourly amounts required by the CBA for covered work of employees as defined by the CBA, and that it would be subject to and bound by all of provisions of the Trust Agreement as incorporated by the terms of the CBA.

## VI.

The Trust Agreement and the CBA provide for prompt payments of all employer contributions to the Trust Fund, and provide for liquidated damages, not as a penalty but as a reasonable attempt to provide for payments to cover the damages incurred by the Trust Fund in the event of a breach by the employer where it would have been impracticable or extremely difficult to ascertain the losses to the Trust Fund.

## VII.

The Trust Agreement also provides for payment of interest on all delinquent contributions, attorneys' fees, and other collection costs, and for the audit of the signatory employer or employers' books and records in order to permit the Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required by the applicable labor agreements and law.

## VIII.

ERISA § 515 (29 U.S.C. §1145) provides that every employer who is obligated to make contributions to a multiemployer plan under the terms of the plan or under the terms of a collectively bargaining agreement shall, to the extent not inconsistent with law, make such contributions in accordance with the terms and conditions of such plan or such agreement.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES AND AUDIT
Case No.

### IX.

Pursuant to ERISA § 502(g)(2) (29 U.S.C. § 1132(g)(2)), the court shall award the plan: unpaid contributions; interest on unpaid contributions; an amount equal to the greater of interest on the unpaid contributions or liquidated damages provided for under the plan; reasonable attorneys' fees and costs of the action; and such other legal or equitable relief as the court deems appropriate.

### FIRST CLAIM FOR RELIEF
### (BREACH OF CONTRACT)

### X.

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

### XI.

Plaintiffs' auditors conducted a payroll audit of Defendant's books and records for the period January 1, 2008 through December 31, 2010, which revealed unpaid contributions of $7,539.42. Plaintiffs have demanded that Defendant pay these delinquencies along with liquidated damages and interest, but Defendant has refused to do so.

### XII.

Plaintiffs' auditors conducted a second payroll audit of Defendant's books and records for the period January 1, 2011 through September 30, 2013, which revealed unpaid contributions of $26,837.45. Plaintiffs have demanded that Defendant pay these delinquencies along with liquidated damages and interest, but Defendant has refused to do so.

### XIII.

Demand has been made of Defendants for payment of the amounts determined to be due pursuant to the audit, and Defendants have refused to pay such amounts and there is now due to Plaintiff Trust Funds from Defendants, fringe

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES AND AUDIT
Case No.

1    benefits contributions of $34,376.87, liquidated damages of $3,437.69, and interest

2    thereon at 10% per annum.

3    ### XIV.

4    Plaintiffs have complied with all conditions on their part to be performed

5    under the terms of the applicable agreements.

6    ### XV.

7    Plaintiffs are entitled to all unpaid contributions, interest, liquidated damages,

8    attorney's fees, auditor's fees, court costs and all other reasonable expenses

9    incurred in connection with this matter due to Defendant's failure and refusal pay

10   all fringe benefit contributions due pursuant to the terms of the applicable CBA,

11   Trust Agreement, and ERISA § 502(g)(2), 29 U.S.C. § 1132(g)(2).

12   **SECOND CLAIM FOR RELIEF**
13   **(ACTUAL DAMAGES FOR BREACH OF CONTRACT)**

14   ### XVI.

15   Plaintiffs incorporate and reallege by reference all the allegations stated

16   hereinabove.

17   ### XVII.

18   Defendants have failed, neglected and refused to make timely fringe benefit

19   contributions as required by the CBA and Trust Agreement, and has caused

20   Plaintiffs actual damages to be proven at the time of trial.

21   **THIRD CLAIM FOR RELIEF**
22   **(AUDIT)**

23   ### XVIII.

24   Plaintiffs incorporate and reallege by reference all the allegations stated

25   hereinabove.

26   ### XIX.

27   Plaintiffs believe that additional amounts may be due and also pray for an

28   audit for the period of October 1, 2013, to the present to determine same.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES AND AUDIT
Case No.

## <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, Plaintiffs pray judgment against Defendant, as follows:

1.     That Defendants be ordered to pay contributions in the amount of $34,376.87;

2.     That Defendants be ordered to pay liquidated damages of $3,437.69, and interest at 10% per annum according to proof;

3.     That Defendants be ordered to pay actual damages in an amount to be proven at trial;

4.     That Defendant be compelled submit to an audit by Plaintiffs' auditors for the period October 1, 2013 to the present;

5.     That Defendants be ordered to pay attorney's fees;

6.     That Defendants be ordered to pay costs of suit herein; and

That this Court grant such further relief as this Court deems just and proper

Dated:  February 3, 2016                    WEINBERG, ROGER & ROSENFELD
                                            A Professional Corporation


                                            /S/ KRISTINA M. ZINNEN
                                    By:     KRISTINA M. ZINNEN

                                            Attorneys for Plaintiffs


129441/849195

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES AND AUDIT
Case No.