LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  lbjones@unioncounsel.net
         kzinnen@unioncounsel.net
         ecarder@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as TRUSTEES OF THE NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ALBER SEAFOODS, INC., a California corporation,<br><br>Defendant. | No. 16-cv-00587-KAW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL; [PROPOSED] ORDER** |

Plaintiffs, the Board of Trustees, in their capacities as Trustees of the Northern California UFCW Wholesale Health and Welfare Trust Fund, and Defendant Alber Seafoods, Inc., a California Corporation hereby notify the Court the parties have reached a settlement in the above-captioned case.

/ / /

/ / /

/ / /

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that this matter shall be dismissed in its entirety with prejudice, with each party to bear its own attorney fees and costs.

Dated: July 26, 2016

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Kristina M. Zinnen*
KRISTINA M. ZINNEN
Attorneys for Plaintiff

Dated: July 26, 2016

LITTLER MENDELSON
A Professional Corporation

By: /s/ *Richard N. Hill*
RICHARD N. HILL
Attorneys for Defendant

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: __7/27__, 2016

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE COURT JUDGE

129441\874422

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION FOR DISMISSAL
Case No. 16-CV-00587-KAW